IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF MARYLAND

GREENBELT DIVISION

FILED

16 April 2025

CLERK U.S. DISTRICT COURT

GREENBELT, MD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Dr Beverley M Harris<br>    Plaintiff,<br><br>v.<br><br>EVERETT HELLMUTH, PASSPORT AUTOMOTIVE GROUP, INC., a corporation, PASSPORT MOTORCARS, INC., a corporation, also d/b/a as PASSPORT NISSAN OF MARLOW HEIGHTS,<br>    Defendants | Civil Action<br>No.:<br><br>TDC 25CV1255 |

## PLAINTIFF'S FILES SUE AGAINST DEFENDENTS FOR INSTALLING ILLEGAL AND DEADLY DEVICE IN 2 OF HER NEW NISSAN AUTOMOBLES

1

Plaintiff, Dr. Beverley M. Harris, a Disabled Military Veteran (United States Air Force) and retired US Civil Services GS-12, US Army, representing herself, *Pro Se (temporarily)*, brings legal actions against the following individuals:

- Everett Hellmuth, Owner and President of Passport Auto Group, and Passport Nissan of Marlow Heights which falls under that Group ownership, located at 5000 Auth Way, Marlow Heights, Maryland, 20746

Criminal acts from members of this dealership that began in 2019 after illegally installing a deadly gassing device in the trunk area of 2 of Plaintiff's Nissan Rogue, one in November 2019, and the other in May 2023, without her knowledge or permission. To date that deadly device still exists in Plaintiff's car.

A). SPECIFIC CHARGES INCLUDE BUT NOT LIMITED TO:

1). Passport Nissan of Marlow Heights intentionally committed a criminal act of installing deadly gassing devices in the trunk of Plaintiff's Nissan Rogue car in 2019 and 2023 with the intent to do serious harm or kill Plaintiff.

2). Personal injuries

3). Health/breathing problems as a result of the gassing from the deadly device, and

4). Violated the safety and warranty of Plaintiff's cars under Nissan Motor Acceptance Corp's policy. This Corporation was notified three ties but ignored Plaintiff's complaints.

PLAINTIFF BELIEVES THE HATEFUL ACTION BY PASSPORT NISSAN AGAINST HER STEMMED FROM THIS:

B). Plaintiffs believe that the decision of these members from Passport Nissan of Marlow Heights to try to harm her was a collaboration effort between them and the Agents of the Federal

Bureau of Investigation (FBI) which began with the defamation that was and still is being disseminated by FBI who had and still is retaliating against her for the following reasons:

- **Plaintiff became involved with the FBI in 2003** when she was employed by the U.S. Air Force, Andrews Air Force Base, as Civil Service Contract Specialist on the U.S. **Air Force-1 (the President's planes)** contracting team and was introduced to the FBI by the Air Force Office of Special Investigation (OSI), case number *ADOSI file# 331-C-121-B2958032341357*, Period: 22 Aug – 20 Jan 04, Title 18 U.S.C. 802, during an extortion investigation. The OSI contacted the FBI for this investigation, since it was a civilian case. Plaintiff was asked, by the FBI to "go undercover" and she did. The woman involved was arrested by the FBI and other local law enforcement authorities, for which Plaintiff was truly upset. When she discovered that the FBI was going to destroy someone's life for $2,000, Plaintiff strongly expressed her disagreement and wanted no part of it since she did not believe that for $2,000, they have the authority to destroy a person's life. Then when the Case went to trial, June 2004, at the Baltimore Federal Court, Maryland Plaintiff refused to help them in saying what she thought was not true and the FBI lost the case. Immediately, Plaintiff noticed that FBI were very angry with her.

- **However,** she left the Air Force job and went to Boston to work for the General Service Administration (GSA), for a promotion. Apparently, Plaintiff now know that the FBI began a campaign of defaming her character. The FBI began telling people that she was a "child molester, prostitute, liar, crazy and a terrorist, NONE OF WHICH WAS AND STILL IS NOT TRUE, but the FBI wanted support from others knowing that these accusations are extremely hateful and criminal acts. Approximately three weeks after the

trial, Plaintiff was fired from her new job at the General Services Administration (GSA), Boston, Massachusetts, without cause. After retaining an attorney, Plaintiff was re-instated and compensated for the lost time by GSA. However, she refused the re-instatement and moved to Cypress TX, close to my family in Houston TX.

- However, that was just the beginning of the FBI's retaliation. The FBI retaliation was even more hateful and the "Deprivation of Rights Under Color of Law". When Plaintiff refused to commit a crime (SPYING) against the US Army while in Kuwait on a special top-secret assignment, during the Iraq Conflict, (between 2009-2011).the FBI, began to control her life, fully. They had Plaintiff placed in "retirement" with the help of the US Army's Human Services Office, with her knowledge/permission, then she was sent back to the State, immediately and was denied 6 month of vacation time.

- Prior to being in Kuwait, Plaintiff had spent 7 months in Iraq with a Defense Contractor, KBR, Inc. After being in Iraq for one month she was sent back to the State for "Colonoscopy test, she was told. That was not true, the FBI had the doctor in Houston's St. Joseph Hospital, Dr. Merrik Gossette, illegally implanted a "Tracking device" in her right-leg.

- That was not enough, as far as the FBI was concerned, they had to exhibit their abuse of "power", with a badge and a gun. That led the FBI to follow me to Munich Germany and had a dermatologist that Plaintiff had an appointment with to remove some warts from her neck, illegally implanted 5 deadly devices in her head, ear, and eye (**see EXHIBIT PP-1**).

- Since, Plaintiff did not discovered the illegal deadly implants until 2017, she tried to ignore the hateful acts of the FBI, but they continued their display of "POWER, gun, and

4

badge" and apparently contacted every people in Plaintiff's life, from family members to business contacts (banks, Auto insurance companies, etc.), and even the Department of Veterans Affairs (VA) in which some members of the staff wrote 109 pages of defamation claiming that Plaintiff is crazy. Then they continued by deprive her of my rights, and apparently recruited members of Passport Nissan of Marlow Heights to help in harming/killing her.

PASSPORT NISSAN OF MARLOW HEIGHTS DEADLY ACTS

- Plaintiff came to Maryland in 2019 and had a 2017 Nissan Rogue that she had leased in New Jersey. Being at Joint Base Andrews, MD, she found Passport Nissan, close by and began obtaining whatever auto service she needed from them. The attached evidence will show that she was, suddenly experiencing unknown problems, but was not sure of exactly what was in the car causing the problem… noise, etc. (**See EXHIBIT PP-2**). To avoid the inconvenience she was experiencing while in the car, she reduced the 3 years lease agreement, and got a new 2020 Nissan Rogue, in November 2019 from Passport Nissan of Marlow Heights.

- Somehow, after a few months, Plaintiff was still experiencing the uncomfortable ride in the new Nissan. She was visiting Passport Nissan Marlow Heights regularly, so frequently, that she had built a close relationship with the Sales/Management team. However, she did have some problems with Passport Nissan of Marlow Heights' finance manager, about unknown charges. Plaintiff, now believes that Passport Nissan of Marlow Height did illegally installed another of the deadly gassing device in that 2020 Nissan. The problem became so bad, which Plaintiff decided to, once again, "break" the

5

3 year lease agreement and purchase another 2023 Nissan Rogue car in late 2022 from Waldorf Nissan.

- On the day Plaintiff purchase the new 2023 Nissan Rogue ad was about to leave the Sales showroom, she looked back to see 3 men in the finance manager's office. To her surprise, she recognized on as an FBI Agent she had once seen before. Further, she had major problems with the 7 documents she had signed and the Finance manager had refused to give her a copy. This Finance manager tried to convince her that she did not sign theses document. Plaintiff had to seek help for the Maryland Attorney General's Office. Plaintiff believes that the documents she had signed (trusting that they car related documents), were FBI Custody documents. The FBI had/has been trying, relentlessly to illegally get me in their custody.

- With the experience Plaintiff had encountered with Waldorf Nissan, she turned in that Waldorf 2023 Nissan Rogue to Bowie Nissan and got this 2023 Nissan Rogue which had no problems. Within a few months is when the fuses were removed from Plaintiff's car and the illegal Gassing Device installed by Passport Nissan of Marlow Heights. PLAINTIFF IS 100% SURE THAT THIS DEADLY WAS INSTALLED BY PASSPORT NISSAN THE DAY IT WAS TOWED TO THEIR SERVICE AREA. PLAINTIFF'S CAR HAD NEVER BEEN LEFT/GIVE TO ANYONE. The deadly gas device was bolted, and welded. As an Engineer, Plaintiff is quite familiar with such installation. Cutting into the factory-finished new car carpeting, bolting the device in the rear-wheel structure, and welding the "C-Clamps" takes hours to completely done. The only other car maintenance is oil and filter changes. That operation takes no more than 2

hour. Once again, Plaintiff is absolutely certain the Passport Nissan of Marlow Heights illegally implanted that deadly gassing device for the FBI

- Plaintiff had her Nissan Rogue car parked on Joint Base Andrews (JBA) Maryland, for just a few minutes, some approximately month after purchasing from Bowie Nissan , Bowie MD, (in early 2023). When she came back to the car, she could not get it started. Plaintiff and others, on the Base, tried but the car just would not start the car. So, she called a tow-truck (Andrew Towing Service, Forestville, MD) to assist her in getting the new car to the nearest Dealership, which was Passport Nissan, in Marlow Heights, MD.  The truck driver and Plaintiff took the car into the Nissan "Service area" as instructed by a tall black dealership male staff. He told her that she have to leave the car overnight so that they could check it, and she agreed. Plaintiff had also spoken to the Sales and Management team, Tracy (a female) and other male members in that sales office about the problem, since she had known them very well. The next morning, she went back to Passport Nissan Dealership, to pick up the car and everything "seemed" OK because her concern was whether she would have any further "starting" problems, and the Service and Sales team assured her that the car was OK.

## HOW PLAINTIFF KNOWS THAT THE DEVICE IS IN THE CAR

- Within a few days after picking the car from Passport Nissan of Marlow Heights, Plaintiff, she started coughing while in the car, but did not pay much attention to it, hoping that it might have been something I smelled. But the symptoms became constant coughing, and something followed by tears. In addition, Plaintiff was noticing various unrecognized smells coming from the inside of the car. First, she took the car to carwash and washed and cleaned both inside and out, but the smells continued. So, she decided to have the car checked for possible gas leakage. Plaintiff took the car to the Air Base Auto Service Dealer for a quick leak check but at first, they found nothing.

7

Then, she asked if they could put the car on a "Lift" to see if there possible be a leak in the gas-lines, and they did. As they were checking, with a leaking-device, she was taking photos of the underside, **(see EXHIBIT PP-3)** and again no leak was discovered. One of the service men that was also assisting said, "there are no leaks on the outside causing any wet trails on the ground, which means it's possible that the leaks are coming from the inside of the car, why don't you look inside the car" and that is exactly what we did.

- We looked in the front and back areas of the car, and all seem OK. Then we went into the "trunk" area where the spare-tire was still in place. But something "caught our eyes" except the service station staff and Plaintiff looked and noticed that the "finished-rugged area in this brand-new car" (close to the spare-tire) was cuts in 2 places, and what looks like 2 inch diameter and approx. 24 inch long, U-shaped pipe was bolted down, with "C-clamps" on both ends. Then a close inspection of the piping system showed that it was welded onto the back-wheel structure. **(see EXHIBIT PP-4).** I recall one of the men saying, "if they welded this piping onto the wheel structure, that melting/welding could cause softening of that steel structure and that would make car unsafe as well as violating the warranty. So, I immediately went back to Passport Nissan and spoke with Tracy, whose office is in the management/sales office about the device in the trunk of the car and she totally ignored me and told me to leave. Plaintiff immediately notified her auto insurance company, USAA, alerting them of the "tampering of the new car", and they too ignore her.

- At the time, Plaintiff had spoken to both her insurance company and Passport Nissan Corporate Office, twice, she did not connect the gassing that was placed into the pipe with the gassing that was generated by the FBI, in her residence. These episodes of severally gassing by the FBI were "Nerve Gas", that one night while she was sleeping in her car. She immediately called the Base Security Police for help. Plaintiff, slept at the Base Hotel that night.

- These gassing episodes were becoming a daily situation. The Base Fire Department was notified several time, but was unable to help because, they said they "do not have the equipment that can

8

detect the gas being used in the car", and that holds true even with the Fire Department off the Base and in the local community (Clinton Fire Department, Clinton MD).

➢ So, Plaintiff continued to try and get some resolution from Passport Nissan staff (Tracy and others) and try to explain to them, seriousness of the deadly device that they had illegally installed into her new car and the damages to her health, but was ignored. Trying to live like a HUMAN BEING and not being gassed 24/7, Plaintiff, for now the third time called Nissan Headquarters and informed a lady, that answered the phone, of the deadly gassing device. Plaintiff explained her concerns, which were (1) her health from the gas that's coming through the tube (2) the warranty on the car, (3) the safety of operating this car was diminished/violated because of the back wheel structure. Plaintiff was surprised by that person's response. She told Plaintiff " Have the dealer call me, I cannot help you until you go and talk with the dealership people and have them call me" Plaintiff responded by saying, "Mam, I just told you that I did speak with the dealership, and they just ignored me". She, simply said, "Well I can't help you" and she hung up the phone.

➢ Then, apparently 2 months after Plaintiff had reported the situation, the car once again would not start. It was very difficult for her as she was sleeping in my car on the Military Base (Joint Base Andrews, Maryland, (JBA)), with the permission of the Base Commanding Military Members and did not want to involve them in my problem because I was a civilian, Veteran, NOT ACTIVE SERVICE. Plaintiff, now knows that only reason why her car did not start is because the FBI/Operatives at once again removed the "4 fuses" from the car hoping that Plaintiff would tow it again to Passport Nissan of Marlow Heights so they could remove the deadly device. Plaintiff went and purchased the fuses herself. Since that attempt to get the car back to Passport Nissan of Marlow Heights, the FBI has made several other attempts to have the car in their possession, including having the US Air Force Security Force, illegally arrest me which was wrong because Plaintiff is a civilian person on the Base, and always harassing Plaintiff by always flashing the

9

words "oil change and filter" and "service needed", every time Plaintiff urns the car on. **(see EXHIBIT-PP- 5)**.

The Commanders were informed of the FBI, and Passport Nissan OF Marlow Heights Dealership gassing device in Plaintiff's car because of the safety concern(s) while the car is on the Base.

To date, the deadly gassing the device is still in the trunk of the car, and the FBI does not hesitate to continue the gassing. Passport Nissan of Marlow Heights made this hateful injustice possible for the FBI and they should be held responsible for Plaintiff's health, pains and suffering, damages to her car and limitation of her lifestyle because of being afraid in this deadly weapon, the 2023 Nissan Rogue she is making payment on every month.

## PASSPORT NISSAN OF MARLOW HEIGHT BEGAN HARASSMENT AGAINST PLAINTIFF

Immediately after Passport Nissan of Marlow Heights illegally implanted the deadly gassing device I Plaintiff's 2023 Nissan, they began to remotely control the vehicle, using a "chip" in the car.

*The **"CHIP"** in Nissan cars, "If the signal is recognized. And accepted by the anti-theft module. It is then broadcast through the network and the ECM will then authorize ignition and injector pulse and/or starter activation". REF:*

*Nissan Global , https://www.nissan-global.com › ARCHIVE › IKS*

In September 2023, they focused on the tires. They would reduce and increase the pressure in all four (4) **tires** consistently (**see EXHIBIT – PP- 6**). Then on Thanksgiving Day, while Plaintiff was driving on Joint Base Andrews, the right-front tire went from the required 36 PSI to 12 PSI and swerved in the curve and drainage and immediately severely damage the car underside, the car's front wheel structure and tore up the tire (see EXHIBIT – PP-7). Plaintiff replaced the torn up tire but

10

discovery that the overall structure of the car unsafe. So, he insurance company had to pay for all that damage to car. The fact that Passport Nissan had done so much damage to the car, did not stop Passport Nissan of Marlow Heights from continue letting the air out of the car's tires. That continues, to date.

In addition to harassing Plaintiff, with the tires, they also remotely was **controlling the speed in which Plaintiff's car was driving** with the use of what's call a "kill switch"

This would do continuously while Plaintiff was driving. How would they know that? Simply, the FBI has a tracking device on Plaintiff's car, but also has a 24/7 illegal surveillance on her, even where she resides (See EXHIBIT-PS- 8 QC

These illegal actions, by Passport Nissan of Marlow Heights, is for these reasons:

(1) They want to kill Plaintiff because they are being pay a lot of money by the FBI. After all, the FBI had paid $12,000 to an acquaintance of Plaintiff for the first set of her car keys.

(2) These illegal acts generated by the FBI's as retaliation against Plaintiff because she had refused to **SPY ON THE US ARMY FOR THEM WHILE IN IRAQ AND KUWAIT,** which she was on a Top-Secret assignment for the Army.

### THE BASIS FOR JUISDICTION – FEDERAL QUESTION

18 U.S.C. § 844 deals with explosives and their use. Additionally, 18 U.S.C. § 2119, the "Carjacking Law," addresses taking or attempting to take a motor vehicle by force or intimidation with the intent to cause death or serious bodily harm. The deadly device in Plaintiff's car can cause death, which is the planned purpose of the team (FBI and Passport Nissan of Marlow Heights) that illegally installed this device in her 2023 Nissan Rogue. Further, this is a very "intimidation" device because it also sits on the car's back-wheel structure which could be damaged, which driving and cause Plaintiff's death.

## AMOUNT IN CONTROVERSY

The amount Plaintiff claims the Defendant [will] owe or the amount at stake – is more than $75,000, not counting interest, costs of court, and punitive damages, because of the health problems, replacement of auto, and defamation, and harassment.

## RELIEF

Plaintiff demands Relief for her health damages, car replacement, expenses that occurred because of car problems, defamation, harassment, not able to work because, and more that will be in the $ millions.

## CERTIFICATION AND CLOSING

Plaintiff is asking the Court to look at the illegal and deadly action of this company, Passport Nissan of Marlow heights, and weigh the inhumane, and recklessness of how customers/ humans are treated. In the eyes of this company, money seem to be it's only concern, and Plaintiff have seen other Court cases, which would suggest the

same. Plaintiff purchased 2 Nissan Rogue from the company and in both cars, Passport Nissan of Marlow Heights had illegally installed this deadly device, for one reason, to accomplish the goal(s) of the FBI to kill Plaintiff and for Passport Nissan of Marlow Heights to be paid, MONEY.

Today, the device is still in the car and still causing health problems (breathing) for Plaintiff. Plaintiff is kindly asking this Court, to remind this company that there are laws in this Country that:

(1) Protect people's life

(2) Protect the Rights of someone to have a safe car and

(3) Not to deprive one of his/her Constitutional Rights

Hence, Plaintiff is kindly asking that Everette Hellmuth, compensate (including punitive damages) Dr. Beverley M. Harris for the grave damages, to her health, pains and suffering, harassment, and defamation sustained since 2019, with both cars. She is still suffering from the gassing from that deadly device his company's staff installed in the car, she purchased from him and is still driving,

Date: 18 April 2025

Signature: Dr. Beverley M. Harris
9134 Piscataway Rd
Clinton, MD 20735

## PROOF OF SERVICE

I, Dr. Beverley M Harris, certified that on ~~17~~ 18 April 2025 (date) I provided copy of this lawsuit in person, to the Clerk's Office, US Federal District Court, Greenbelt, Maryland, to be given the following parties at the addresses listed below:

1. Everett Hellmuth, Owner and President of Passport Auto Group, and

    Passport Nissan of Marlow Heights Passport Auto Group, ownership.

    5000 Auth Way, Marlow Heights, Maryland, 20746

~~17~~ April 2025

Respectfully,

By: _____
Dr. Beverley M. Harris
PO Box 1658
Clinton, Maryland 20735
Phone: (202) 603-0722